

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00241-CV

**BETTY JANE GOSSETT,**

                                        **Appellant**

 **v.**

**THE ESTATE OF DONA LEE STOVALL,**
**DECEASED, LISA JAMIESON AS PERSONAL**
**REPRESENTATIVE OF THE ESTATE OF**
**DONA LEE STOVALL, ET AL,**

                                        **Appellees**

---

### From the County Court at Law No 2
### Johnson County, Texas
### Trial Court No. P200719377

---

## MEMORANDUM OPINION

---

The Clerk of this Court notified Appellant by letter dated September 25, 2013 that the original filing fee of $175.00 was past due and that unless Appellant paid the filing fee or filed an indigence affidavit within fourteen days, the appeal would be dismissed without further notification. More than fourteen days have passed, and Appellant has not paid the filing fee or filed an indigence affidavit.

The Clerk's letter also notified Appellant that the Court had not received the docketing statement and warned Appellant that if the docketing statement was not filed within 14 days from the date of the letter, this appeal would be dismissed without further notification. More than fourteen days have passed, and the docketing statement has not been filed.

This appeal is dismissed. *See* TEX. R. APP. P. 42.3(b, c); 10TH TEX. APP. (WACO) LOC. R. 5(c).

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 24, 2013
[CV06]